UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 15-cr-102 (RHK/TNL)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | GOVERNMENT'S NOTICE OF INTENT |
| v. ) | TO CALL WITNESSES AT PRETRIAL |
| ) | MOTIONS HEARING |
| KEITH MICHAEL NOVAK, ) | |
| ) | |
| Defendant. ) | |

The United States of America, by and through its attorneys Andrew M. Luger, United States Attorney for the District of Minnesota, and Katharine Buzicky, Assistant United States Attorney, in accord with D. Minn. Local Rule 12.1(c)(3)(A), hereby submits its notice of intent to call witnesses at the motions hearing in the above-captioned matter currently scheduled for June 15, 2015.

The Court's Arraignment Order [Doc. No. 11] required a notice of intent to call witnesses be filed no later than May 207, 2015. The motion response filed in this case indicated that the United States would call witnesses, but the undersigned omitted to file a formal notice as required by the rules. The United States apologizes for the late notice of intent to call witnesses.

The parties spoke during meet-and-confer conversations about witnesses to be called, and the United States informed the defense counsel that FBI Special Agent Scott Dietsche would testify at the hearing. The defendant's counsel has indicated to the undersigned that he has no objection to a late notice of intent to call witnesses, because he was informed orally of the identity of the witness.

| Number of Witnesses Intended to be Called: | 1 |
|---|---|
| Motion(s) to be Addressed: | Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure |
| Estimated Duration of Testimony: | 20 minutes |

Dated: June 10, 2015						Respectfully Submitted,

								ANDREW M. LUGER
								United States Attorney

								*s/Katharine T. Buzicky*

								BY:  Katharine T. Buzicky
								Assistant U.S. Attorney
								Attorney ID No. 671031MA