# UNITED STATES DISTRICT COURT
# District of Minnesota

| | |
|---|---|
| United States of America, | Case No. CR 15-102 RHK/TNL |
| Plaintiff | |
| v. | **JUDGMENT IN A CRIMINAL CASE** |
| Keith Michael Novak, | |
| Defendant. | |

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED THAT:**

1. The Motion of the United States for a Final Order of Forfeiture [Docket No. 102] is GRANTED;

2. All right, title and interest in the Western Digital external hard drive, serial number unknown, is hereby forfeited to and vested in the United States of America pursuant to 18 U.S.C. § 2253(a); and

3. The above-described property shall be disposed of by the United States in accordance with law.

Date: April 12, 2016

RICHARD D. SLETTEN, CLERK

s/LP Holden

By: LP Holden
Deputy Clerk